# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FRED NEAL, JR.                                                                                            PETITIONER

VS.                              4:12CV00684 BRW/JTR

UNITED STATES OF AMERICA;
UNITED STATES ATTORNEY                                                                    RESPONDENTS

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for a Writ of Habeas Corpus is DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 6th day of November, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE